UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALIK JEROME HARRINGTON, : | |
| : | Civ. No. 14-7447 (RBK) |
| Petitioner, : | |
| : | |
| v. : | **MEMORANDUM AND ORDER** |
| : | |
| FEDERAL BUREAU OF PRISONS, : | |
| : | |
| Respondents. : | |

Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix in in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Thus, this case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

Accordingly, IT IS on this  12th  day of  December, 2014,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

2

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
